JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:25-cv-01559-DOC-JDE          Date:  September 3, 2025

Title: Kent G. Lehman et al. v. The United States et al.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE WITHOUT PREJUDICE**

On July 31, 2025, the Court postponed its ruling on Plaintiff's request to proceed in forma pauperis and ordered Plaintiff to file an amended complaint remedying the issues discussed by the Court in an attachment within 30 days (Dkt. 10). The Order stated that failure to do so would result in dismissal without prejudice. Over 30 days have passed, and Plaintiff has not filed an amended complaint. Thus, the Court hereby **DISMISSES** the case without prejudice.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                              Initials of Deputy Clerk: kdu

CIVIL-GEN